**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

BRYAN WHEAT,                              §
                                         §
    Plaintiff,                           §
                                         §
v.                                       §   Case No. 6:22-cv-277-JDK-KNM
                                         §
COMMISSIONER, SOCIAL                     §
SECURITY ADMINISTRATION,                 §
                                         §
    Defendant.                           §

**ORDER ADOPTING THE REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Bryan Wheat filed this appeal from a final administrative decision of the Commissioner of the Social Security Administration denying an application for Social Security benefits. On March 22, 2024, the Court reversed the Commissioner's final administrative decision and remanded the matter to the Commissioner for further proceedings. Docket No. 21. Before the Court is Plaintiff's motion for authorization of attorney's fees pursuant to 42 U.S.C. § 406(b). Docket No. 26. The Commissioner filed a response neither supporting nor opposing the fee request. Docket No. 27.

On May 26, 2026, Judge Mitchell issued a Report recommending that the Court grant the motion and award the movant, Bryan Konoski, $18,326.90 in fees to be paid out of Plaintiff's past-due benefits, with movant then remitting the previously awarded EAJA fees to Plaintiff. Docket No. 28. No written objections have been filed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and

1

Recommendation.  28 U.S.C. § 636(b)(1).  In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law. *Alexander v. Verizon Wireless Services, LLC*, 875 F.3d 243, 249 (5th Cir. 2017).

Here, the parties did not object in the prescribed period.  The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law.  *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law.  Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 28) as the findings of this Court.  The motion for fees (Docket No. 26) is **GRANTED**.  The Commissioner shall pay the movant, Bryan Konoski, the sum of $18,326.90 out of Plaintiff Bryan Wheat's past-due benefits for fees incurred.  Upon receipt of those fees, Bryan Konoski shall remit to Plaintiff the previously awarded EAJA fees in the amount of $11,593.65.

So **ORDERED** and **SIGNED** this **11th** day of **June, 2026.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE

2